# EXHIBIT A





## BONUS EXTRAS

**Scoretopia** – Award-winning composer Michael Giacchino shares how he brought the whole movie's world to life in a rare backstage look at the musicians behind the music.

**"Try Everything" Music Video By Shakira**

"The Best Film Disney Animation Has Made In 20 Years."
– Germain Lussier, *Gizmodo*

From Walt Disney Animation Studios comes a comedy-adventure set in the modern mammal metropolis of *Zootopia*. Determined to prove herself, Officer Judy Hopps, the first bunny on *Zootopia*'s police force, jumps at the chance to crack her first case—even if it means partnering with scam-artist fox Nick Wilde to solve the mystery. Bring home this hilarious adventure full of action and heart. It's big fun for all shapes and species!

Aspect Ratio: 2.39:1 • English, Spanish (U.S. Only) and French (Canada Only) 5.1 Dolby Digital Language Tracks; English 2.0 Descriptive Audio • English SDH, Spanish (U.S. Only) and French (Canada Only) Subtitles (Technical Specifications Apply To Film Content Only)

Feature Running Time: Approx. 108 Minutes / Color / Digitally Mastered
For More Information Please Visit DisneyDVD.com
*Visit DisneyMovieRewards.com for eligibility requirements, details, terms and conditions, point collection, redemption details and expiration dates.
Not all technical specifications apply to all elements. Some content may not be subtitled. Some players may not be able to access all features.
Dual-Layer Format: Layer transition may trigger a slight pause.

PARENTAL GUIDANCE SUGGESTED **PG** FOR SOME THEMATIC ELEMENTS, RUDE HUMOR AND ACTION
Some Material May Not Be Suitable for Children
Bonus Material Not Rated

This product (including its soundtrack) is authorized for sale in U.S.A. and Canada only. All other rights reserved. Unless expressly authorized in writing by the copyright owner, any copying, exhibition, export, distribution of this product is strictly prohibited. Refer to inner ring of the disc for manufacturing information. Distributed by Buena Vista Home Entertainment, Inc., Burbank, CA 91521.
Printed in U.S.A. (135123-1) © 2016 Disney  8042418

Doublé au Québec

2016 DVD Release




EXHIBIT A
4