DANIEL M. PETROCELLI (S.B. # 97802)
dpetrocelli@omm.com
JAMES M. PEARL (S.B. # 198481)
jpearl@omm.com
CRAIG P. BLOOM (S.B. #314406)
cbloom@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:   +1 310 553 6700
Facsimile:    +1 310 246 6779

Attorneys for Defendants
The Walt Disney Company, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPLANADE PRODUCTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WALT DISNEY PICTURES, a California corporation; ABC, INC., a New York corporation; BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; DISNEY CONSUMER PRODUCTS, INC., a California corporation; DISNEY CONSUMER PRODUCTS AND INTERACTIVE MEDIA, INC., a California corporation; DISNEY BOOK GROUP, LLC, a Delaware limited liability company; BUENA VISTA BOOKS, INC., a California corporation; DISNEY INTERACTIVE STUDIOS, INC., a California corporation; DISNEY STORE USA, LLC, a Delaware limited liability company; DISNEY SHOPPING, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02185-MWF-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

1    This matter comes before the Court on Defendants' Motion to Dismiss
2  Plaintiff's Complaint.  The Motion was heard on June 26, 2017.  After considering
3  the papers submitted and the oral argument of counsel, and good cause appearing,
4  the Court GRANTS Defendants' Motion.
5    IT IS HEREBY ORDERED that Plaintiff's claims for copyright infringement
6  (17 U.S.C. §§ 106, *et seq.*), breach of implied-in-fact contract, breach of
7  confidence, and unfair competition (Cal. Bus. & Prof. Code §§ 17200, *et seq.* and
8  common law) are DISMISSED WITH PREJUDICE.

10   **IT IS SO ORDERED**

13   Dated: _____, 2017

        _____
14      Hon. Michael W. Fitzgerald
        United States District Judge