DANIEL M. PETROCELLI (S.B. # 97802)
dpetrocelli@omm.com
JAMES M. PEARL (S.B. # 198481)
jpearl@omm.com
CRAIG P. BLOOM (S.B. #314406)
cbloom@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

Attorneys for Defendants
The Walt Disney Company, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPLANADE PRODUCTIONS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WALT DISNEY PICTURES, a California corporation; ABC, INC., a New York corporation; BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; DISNEY CONSUMER PRODUCTS, INC., a California corporation; DISNEY CONSUMER PRODUCTS AND INTERACTIVE MEDIA, INC., a California corporation; DISNEY BOOK GROUP, LLC, a Delaware limited liability company; BUENA VISTA BOOKS, INC., a California corporation; DISNEY INTERACTIVE STUDIOS, INC., a California corporation; DISNEY STORE USA, LLC, a Delaware limited liability company; DISNEY SHOPPING, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:17-cv-02185-MWF-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

1      The Court has duly considered the Request for Judicial Notice in Support of

2   Defendants' Motion to Dismiss Plaintiff's Complaint by Defendants The Walt

3   Disney Company, Disney Enterprises, Inc., Walt Disney Pictures, ABC, Inc.,

4   Buena Vista Home Entertainment, Inc., Disney Consumer Products, Inc., Disney

5   Consumer Products and Interactive Media, Inc., Disney Book Group, LLC, Buena

6   Vista Books, Inc., Disney Interactive Studios, Inc., Disney Store USA, LLC, and

7   Disney Shopping, Inc., (collectively, "Defendants"), which came regularly for

8   hearing in the courtroom of the Honorable Michael W. Fitzgerald.  The Court

9   hereby concludes that judicial notice is properly taken of the exhibit to Defendants'

10   Request, on the following grounds:

11      Exhibit A, a DVD copy of Defendants' animated motion picture *Zootopia*, is

12   subject to judicial notice pursuant to Federal Rule of Evidence 201.  Its contents are

13   not subject to reasonable dispute and can be accurately and readily determined from

14   sources whose accuracy cannot reasonably be questioned.  Additionally, Exhibit A

15   is further subject to judicial notice because its contents are alleged in Plaintiff's

16   Complaint and its authenticity cannot be questioned.

17      IT IS HEREBY ORDERED that Defendants' Request for Judicial Notice is

18   GRANTED.

19

20      IT IS SO ORDERED

21

22

23   Dated: _____, 2017

24                         Hon. Michael W. Fitzgerald
                                United States District Judge

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S COMPLAINT
2:17-CV-02185-MWF-JC