UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-2185-MWF(JCx)**                                           Dated: **October 2, 2017**

Title:    Esplanade Productions, Inc. -*v*- The Walt Disney Company, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

|  Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

    Gary E. Gans                                      Daniel M. Petrocelli
                                                      Craig P. Bloom
                                                      Cassandra L. Seto

**PROCEEDINGS:        DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT [31]**

   The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

   Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                           : 45   min