UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESPLANADE PRODUCTIONS, INC., a California corporation,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>WALT DISNEY COMPANY, a Delaware corporation; et al.,<br><br>　　　　Defendants - Appellees. | No. 17-56775<br><br>D.C. No. 2:17-cv-02185-MWF-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

　　The judgment of this Court, entered April 24, 2019, takes effect this date.

　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By: Quy Le
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7